FILED

08/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0427



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0427

FILED

AUG 3 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JERIMIAH KENDALL,

Petitioner,

v.

AMENDED
GRANT OF MOTION TO PROCEED
WITHOUT PAYMENT OF FILING FEE

DARREN SHORT, Sheriff
Lincoln County,

Respondent.

Permission to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: August 31, 2021.

_____
BOWEN GREENWOOD,
Clerk of the Supreme Court

c. Austin Knudsen, Colleen Ambrose